# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

FILED
AUG 19 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| United States of America<br>v.<br>ORLANDO REED<br><br>*Defendant(s)* | )<br>)  Case No. 19-MJ-163-JFJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 2, 2019____ in the county of ____Tulsa____ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1) and 841(b)(1)(B)(viii) | Distribution of Methamphetamine, a Schedule II Controlled Substance |
| 21 USC §§ 841(a)(1) and 841(b)(1)(C) | Distribution of Heroin, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:
See Attached Affidavit by TFO Justin J. Aldridge, FBI

☒ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Justin J. Aldridge, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-19-2019

_____
*Judge's signature*

City and state: Tulsa, OK

Magistrate Judge Jodi F. Jayne
*Printed name and title*

# UNITED STATES OF AMERICA
# FOR THE NORTHERN DISTRICT OF OKLAHOMA
## AFFIDAVIT

I, the undersigned, being duly sworn, depose and say as follows:

1. Your affiant is a Corporal with the Tulsa Police Department, and as such, am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. Your affiant has received a Special Deputation from the United States Marshall Service on May 3, 2016 and am assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer (TFO). I am currently employed as a Tulsa Police Corporal with the Tulsa Police Department and have been so employed since July of 1996. In December 2012, your affiant reported to the Tulsa Police Departments Special Investigations Division, at which time was assigned to investigate narcotic related crimes including, but not limited to, violent crime and other state and federal crimes not listed.

2. Since becoming a Tulsa Police Officer, your affiant has become familiar with, and have participated in, a wide range of methods of investigation, including, but not limited to, use of physical surveillance, witness interviews, search warrants, arrest warrants, debriefings and operational use of informants, pen registers, surveillance of undercover transactions, consensually monitored and recorded conversations and phone calls, the introduction of undercover officers, and reviews of recorded conversations. Additionally, your affiant participated in investigations that utilized the interception of wire and electronic communications (Title III), and have monitored/minimized numerous calls during these investigations. Through training, education and experience, your affiant has become familiar with the manner in which illegal drugs are transported, stored, and distributed, and the methods of payment for such drugs. I have received numerous hours in training from various federal, state, and local law enforcement agencies.

3. Your affiant has authored affidavits for search and arrest warrants, Title III applications, listened to intercepted phone calls, and have participated in the use of undercover operations for the purchase and distribution of illegal substances. Your affiant has participated in the execution of numerous controlled deliveries of narcotics. As a result of my law enforcement service, I have gained a considerable amount of knowledge through both training and experience. Your affiant has interviewed numerous defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances. During the course of these interviews, your affiant has inquired and learned how individuals involved in drug distribution schemes and networks use and disperse the illegal proceeds generated due to the illegal sale of controlled dangerous substances, including but not limited

to, chemicals commonly utilized in the illegal manufacturing and distribution of methamphetamine, cocaine and heroin. During the course of my training and interviews with various defendants, I have learned how individuals involved in drug distribution schemes maintain records and conspire to deceive law enforcement, as well as, rival distributors of controlled dangerous substances. Your affiant has learned how individuals that are involved in the distribution of controlled dangerous substances maintain records and secret monies gained as a result of participation in illegal drug distribution networks. The information contained in this affidavit is known personally by me and/or was learned from information received from other officers or agents and/or by reviewing reports and documents affiliated with this investigation.

4. The information set forth in this affidavit is known to your affiant both through his own investigation and from other information provided to your affiant by other sworn law enforcement personnel. Because this affidavit is being submitted for the limited purpose of securing a Complaint and Arrest Warrant, your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only the facts that he believe are necessary for the issuance of a Complaint and Arrest Warrant for Orlando Reed, born XX/XX/1969, Social Security Account Number XXX-XX-8841 for violations of Possession with Intent to Distribute Methamphetamine in violation of Title 21 USC § 841(a)(1) and Possession with Intent to Distribute Heroin in violation of Title 21 USC § 841(a)(1).

5. In March of 2019, the FBI Tulsa began a joint investigation into the drug trafficking activities and long standing and ongoing feud between warring factions of the Hoover Crips, 5-Tre Crips, 49 Crips, Neighborhood Crips, and Red Mob Gangster Bloods. These aforementioned gangs are active in Tulsa, Oklahoma, and known for violence. Through investigation, it was determined that a major gang feud is ongoing between the "Hoover Crips" and members of an amalgamation of gangs that refer to themselves as the "Squeeze Team." The Squeeze Team is comprised of gang members from the 5-Tre Crips, 49 Crips, Neighborhood Crips, and Bloods. The Bloods have been historical enemies of the Hoover Crips. The "Squeeze Team" is believed to be led by Nevel Ewell and the purported leader of the 5-Tre Crips, Shelvon Williams. The "Squeeze Team" is also involved in the trafficking of multiple controlled substances, which are obtained from outside the state of Oklahoma. In addition, the "Squeeze Team" is responsible for the trafficking of firearms from Oklahoma to California. The feud between the "Squeeze Team" and Hoover Crips has resulted in numerous documented shootings, with many more going undocumented. Many homicides have been attributed to the feud. Multiple gang members and associates have been shot during this feud, as well as, houses and vehicles used by gang members and associates. During several of the shootings, stray bullets have struck unrelated residences and vehicles belonging to innocent victims.

6. In June of 2019, your affiant met with a Cooperating Human Source (CHS-1) and spoke about their ability to purchase narcotics from Orlando Reed. Through previously relied upon sources, the investigation had revealed Orlando Reed was a known associate of Neville Ewell.

7. On August 2, 2019, agents met with CHS-1 for the purposes of conducting a controlled buy from Orlando Reed. CHS-1 arranged to meet with Orlando Reed by contacting (310) 971-3388, a phone used by Orlando Reed[1]. CHS-1 placed an order for 2 ounces of methamphetamine and 1 ounce of heroin. Agents met with CHS-1 at an undisclosed location. Agents search CHS-1 and CHS-1's vehicle for contraband, and all monies were removed from CHS-1. Agents provided CHS-1 with law enforcement funds to purchase the narcotics. Agents conducted visual and electronic surveillance as CHS-1 traveled to and entered 2251 South 83rd East Avenue Tulsa, Oklahoma, to meet Orlando Reed. After a period of time, CHS-1 left 2251 South 83rd East Avenue and met agents at a secondary location where approximately 2 ounces of methamphetamine and 1 ounce of heroin were recovered from CHS-1. CHS-1 and the vehicle were again searched and all monies had been removed and no other contraband was located.

8. Your affiant searched the criminal history of Orlando Reed and discovered he is a convicted felon. Reed has a 1991 conviction for Possession of a Controlled Substance (CFR90-4217), 1991 conviction for Assault and Battery with a Dangerous Weapon (CFR91-110), and a 1991 conviction for Possession of a Controlled Substance (CFR88-3076) all in the District Court of Tulsa County, Oklahoma, and 1989 conviction for Conspiracy to Defraud the United States (98-CR-84-TCK) in the United States District Court for the Northern District of Oklahoma.

---

[1] On June 5, 2019, Tulsa Police Officer A. Criner authored a GPS cell phone tracking warrant for (310) 971-3388, a phone being used by Orlando Reed. This search warrant was signed by Tulsa County Judge Stephen Clark on June 5, 2019. Agents physically conducted surveillance of Orlando Reed while they also conducted electronic surveillance based on information received from the GPS cell phone tracking data.

3

9.   Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Orlando Reed, born XX/XX/1969, Social Security Account Number XXX-XX-8841 committed the crimes of Distribution of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1(B)(viii), and Distribution of Heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

_____
TFO Justin J. Aldridge, FBI - Affiant

Subscribed and sworn to before me this \_\_\_\_ day of August 2019.

_____
Jodi F. Jayne
United States Magistrate Judge

4